IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBINSON V. GONZALEZ       :     CIVIL ACTION
:
v.                          :
:
AUTO FINDERS LLC, et al.      :     NO. 12-2571

**O R D E R**

AND NOW, this 14th day of May, 2012, upon consideration of plaintiff's complaint and his motion to proceed in forma pauperis, IT IS ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis is GRANTED.

2. Plaintiff's complaint is DISMISSED for the reasons discussed in the Court's Memorandum.

3. This case shall be marked CLOSED.

BY THE COURT:

/s/ Ludwig
_____
EDMUND V. LUDWIG, J.